MICHAEL J. NIBORSKI (State Bar No. 192111)
BENJAMIN S. AKLEY (State Bar No. 278506)
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California  90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670
mniborski@pryorcashman.com
bakley@pryorcashman.com

BRAD D. ROSE (Pro Hac Vice Application Forthcoming)
DYAN FINGUERRA-DUCHARME (Pro Hac Vice Application Forthcoming)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 798-6307
brose@pryorcashman.com
dfinguerra-ducharme@pryorcashman.com

*Attorneys for Defendants*
TANTRIS IP, LLC and
TANTRIS RETAIL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PRANA LIVING, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TANTRIS IP HOLDINGS, LLC and<br>TANTRIS RETAIL, LLC,<br><br>        Defendants. | Case No. 2:17-cv-2804 (DMG) (RAOx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Defendants TANTRIS IP, LLC (named incorrectly herein as "TANTRIS IP HOLDINGS, LLC") and TANTRIS RETAIL, LLC, certifies that the following listed party or parties may have a pecuniary interests in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1. TANTRIS IP, LLC | 1. Named defendant |
| 2. TANTRIS RETAIL, LLC | 2. Named defendant |
| 3. Russell Simmons | 3. Member of Tantris IP LLC and Tantris Retail LLC |
| 4. Peter Lowy | 4. Member of Tantris IP LLC and Tantris Retail LLC |
| 5. Jacques Moret, Inc. | 5. Member of Tantris IP LLC and Tantris Retail LLC |

DATED: June 16, 2017                    PRYOR CASHMAN LLP

By:   */s/ Benjamin S. Akley*
         Michael J. Niborski
         Benjamin S. Akley

*Attorneys for Defendants*
TANTRIS IP, LLC and
TANTRIS RETAIL, LLC

**Pryor Cashman LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670