Name and address:

Benjamin S. Akley (SBN 278506)
PRYOR CASHMAN LLP
1801 Century Park E 24th Fl    Los Angeles, CA 90067
310-556-9608
bakley@pryorcashman.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PRANA LIVING, LLC

Plaintiff(s),

v.

TANTRIS IP HOLDINGS, LLC and TANTRIS RETAIL, LLC

Defendant(s),

CASE NUMBER

2:17-cv-2804 (DMG) (RAOx)

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

## INSTRUCTIONS FOR APPLICANTS

(1)      *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  ELECTRONIC SIGNATURES ARE NOT ACCEPTED.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)      *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $325 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Finguerra-DuCharme, Dyan
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                                    check here if federal government attorne☐

PRYOR CASHMAN LLP
_____
*Firm/Agency Name*

7 Times Square                                                 212-326-0443                          212-798-6307
_____              _____              _____
                                                               *Telephone Number*                    *Fax Number*
*Street Address*

New York, NY 10036                                          DFinguerra-DuCharme@PRYORCASHMAN.com
_____              _____
*City, State, Zip Code*                                               *E-mail Address*

**I have been retained to represent the following parties:**

TANTRIS IP                   , LLC, TANTRIS RETAIL, LLC        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
_____
                                                                           ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 1997 | Yes |
| US Supreme Court | 2014 | Yes |
| Federal Circuit Court | 2010 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:15-cv-07115-JAK-JP | Luxe Hospitality Company v. SBE Entmt. Grp. | 3/28/17 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☒ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated ___June 14, 2017___

Dyan Finguerra-DuCharme
*Applicant's Name (please type or print)*

_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Akley, Benjamin S.
_____

*Designee's Name (Last Name, First Name & Middle Initial)*

PRYOR CASHMAN LLP
_____

*Firm/Agency Name*

1801 Century Park E 24th Fl
_____

310-556-9608 | 310-556-9670
_____ | _____

*Telephone Number* | *Fax Number*

_____

*Street Address*

bakley@pryorcashman.com
_____

*E-mail Address*

Los Angeles, CA 90067
_____

SBN 278506
_____

*City, State, Zip Code*

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated ___6/16/17___

Benjamin S. Akley
_____

*Designee's Name (please type or print)*

_____

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Court Admissions (cont. from Section I):

| COURT | YEAR | GOOD STANDING |
|-------|------|---------------|
| SDNY | 1997 | Yes |
| EDNY | 1997 | Yes |
| WD Mich | 2009 | Yes |



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Dyan Mary Finguerra** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **30 th** day of **April 1997,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 08, 2017.

_Aprilanne Agostino_

**Clerk of the Court**

No. 256562