Name and address:
Benjamin S. Akley (SBN 278506)
PRYOR CASHMAN LLP
1801 Century Park E 24th Fl
Los Angeles, CA 90067
310-556-9608
bakley@pryorcashman.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PRANA LIVING, LLC

Plaintiff(s)

v.

TANTRIS IP HOLDINGS, LLC and TANTRIS RETAIL, LLC

Defendant(s).

CASE NUMBER

2:17-cv-2804 (DMG) (RAOx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Finguerra-DuCharme, Dyan     of     PRYOR CASHMAN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         7 Times Square
212-326-0443     212-798-6307                              New York, NY 10036
*Telephone Number*     *Fax Number*

DFinguerra-DuCharme@PRYORCASHMAN.com
*E-Mail Address*                                          *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
TANTRIS IP, LLC and TANTRIS RETAIL, LLC

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Akley, Benjamin S.                    of    PRYOR CASHMAN LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         1801 Century Park E 24th Fl
SBN 278506    310-556-9608    310-556-9670           Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

bakley@pryorcashman.com
*E-Mail Address*                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
                 is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                              _____
                                                   U.S. District Judge/U.S. Magistrate Judge