# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRANA LIVING LLC<br><br>Plaintiff(s)<br><br>v.<br><br>TANTRIS IP HOLDINGS LLC and TANTRIS RETAIL LLC<br><br>Defendant(s). | CASE NUMBER<br><br>CV 17-02804-DMG (RAOx)<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Finguerra-DuCharme, Dyan
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 326-0443          (212) 798-6307
*Telephone Number*       *Fax Number*

Dfinguerra-ducharme@PRYORCASHMAN.COM
*E-Mail Address*

PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NEW YORK 10036-6569
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

TANTRIS IP LLC and TANTRIS RETAIL LLC

*Name(s) of Party(ies) Represented*          [ ] *Plaintiff*   ⊗ **Defendants**   ☐ *Other:*

**and designating as Local Counsel**

Akley, Benjamin S.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 278506              (310) 556-9608
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 556-9670
*Fax Number*

PRYOR CASHMAN LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067
*Firm Name & Address*

bakley@PRYORCASHMAN.COM
*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED**.
☐ **DENIED.**  Fee shall be returned by the Clerk.
☐ **DENIED.**  For failure to pay the required fee.

Dated   June 16, 2017

*[signature: Dolly M. Gee]*
DOLLY M. GEE, United States District Judge